**Paul M. OMAR, Petitioner—Appellant,**

v.

**Joseph M. BROOKS, Warden; Carolyn D. Dunson, Case Manager; K.M. White, Regional Director; Harrell Watts; Harris Lappin, Defendants—Appellees.**

No. 04–7493.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 15, 2005.

Paul M. Omar, Appellant pro se.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Paul M. Omar appeals the district court's order accepting the magistrate judge's recommendation and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Omar v. Brooks,* No. CA–04–248 (E.D.Va. Aug. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*